**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN THE MATTER OF:**  :  **MISCELLANEOUS**
  :
**SARAH RUTH BARNWELL**  :  **NO. 21-mc-0029**

## <u>ORDER TO SHOW CAUSE</u>

**AND NOW**, this  29th  day of March, 2021, it appearing that on March 3, 2021, respondent was **suspended** from the practice of law by the Court of Appeals of Maryland, for a period of sixty (60) days, effective April 2, 2021, it is hereby

**ORDERED** that respondent file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of identical discipline by this court would be unwarranted, and the reasons therefore.

**FOR THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**